NUMBER 13-09-00461-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

MARILYN McKEITHAN, Appellant,


v.



OPHRAKA SANANIKONE, Appellee. 

_____________________________________________________________


On appeal from the 148th District Court


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides 
Memorandum Opinion Per Curiam


 Appellant and cross-appellant perfected appeals from a judgment entered by the
148th District Court of Nueces County, Texas, in cause number 06-3604-E. Appellant and
cross-appellant have filed a motion notifying the Court that each party wishes to dismiss
her appeal. 

 The Court, having considered the documents on file and appellant and cross-appellant's motion to dismiss the appeal, is of the opinion that the motion should be
granted. See Tex. R. App. P. 42.1(a). Appellant and cross-appellant's motion to dismiss
is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of
the parties, costs are taxed against the party incurring same. See Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the appellant."). Having
dismissed the appeal at appellant and cross-appellant's request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Delivered and filed the

21st day of January, 2010.